SEALED,CLOSED

# U.S. District Court
# Western District of Louisiana (Shreveport)
# CRIMINAL DOCKET FOR CASE #: 5:25-mj-00093-MLH All Defendants *SEALED*
# Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 05/15/2025 |
| Plea Filings | Sentencing Filings |
| Other court case number: 1:25-cr-00040-09 Southern District of Ohio | Date Terminated: 05/15/2025 |

Assigned to: Magistrate Judge Mark L Hornsby

### Defendant (1)

**Victoria S Haskins** represented by **Betty Lee Marak**
*TERMINATED: 05/15/2025* Federal Public Defenders Office (SHV)
*also known as* 300 Fannin St Ste 2199
Cat Face Shreveport, LA 71101
*TERMINATED: 05/15/2025* 318-676-3310
*also known as* Fax: 318-676-3313
Sparkles Fancy Pants Email: betty_marak@fd.org
*TERMINATED: 05/15/2025* *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts ### Disposition

None

### Highest Offense Level (Opening)

None

### Terminated Counts ### Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints ### Disposition

Charges originating in Southern District of Ohio: 18:371 - Conspiracy to Create and Distribute Animal Crush Videos

---

### Plaintiff

**USA** represented by **Jessica Diane Cassidy**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3600
Fax: 318-676-3363
Email: jessica.cassidy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2025 | | ARREST (Rule 5(c)(2)) of Victoria S Haskins (1) (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 🔒 1 | RULE 40 or 5(c)(3) Charging Documents Received from Southern District of Ohio, their Case Number 1:25-cr-00040-09, as to Victoria S Haskins (1). (Attachments: # 1 Sealed - Arrest Warrant)(crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 2 | ORAL MOTION to Appoint Counsel by Victoria S Haskins (1). Motion Ripe Deadline set for 5/15/2025. (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 3 | ORAL MOTION for Betty Lee Marak to Enroll as Counsel by Victoria S Haskins (1). Motion Ripe Deadline set for 5/15/2025. (Attorney Betty Lee Marak added to party Victoria S Haskins(pty:dft))(crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 4 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Victoria S Haskins (1) held on 5/15/2025. Oral order granting 2 Motion to Appoint Counsel. The Office of the Federal Public Defender is appointed to represent Defendant. Oral order granting 3 Motion to Enroll Counsel Betty Lee Marak for Defendant. The Government did not move for detention. Defendant released and ordered to appear in the Southern District of Ohio on 5/27/2025 at 1:30 PM before Magistrate Judge Litkovitz. Copies of minutes and filings forwarded to AUSA J Cassidy, AFPD B Marak, USM and USP via email on 5/16/2025. (Court Reporter: LCR, Shreveport-Crtrm 3) (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 5 | APPEARANCE BOND entered as to Victoria S Haskins (1) in the amount of $25,000. Defendant was ordered to surrender passport. Signed by Magistrate Judge Mark L Hornsby on 5/15/2025. (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 6 | ORDER Setting Conditions of Release as to Victoria S Haskins (1); $25,000 Unsecured Bond. Signed by Magistrate Judge Mark L Hornsby on 5/15/2025. (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 7 | ORDER REGARDING DUE PROCESS PROTECTIONS ACT in case as to Victoria S Haskins (1). Signed by Magistrate Judge Mark L Hornsby. (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Victoria S Haskins (1). (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 9 | ORDER REQUIRING DEFENDANT TO APPEAR in District Where Charges are Pending and Transferring Bail as to Victoria S Haskins (1). Defendant released and ordered to appear in the Southern District of Ohio on 5/27/2025 at 1:30 PM before Magistrate Judge Litkovitz. Signed by Magistrate Judge Mark L Hornsby on 5/15/2025. (crt,Adams, K) (Entered: 05/16/2025) |
| 05/15/2025 | 🔒 | (Court only) ***Case Terminated as to Victoria S Haskins (1). (crt,Adams, K) (Entered: 05/16/2025) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:25-MJ-00093-01** |
| **VERSUS** | **MAGISTRATE JUDGE HORNSBY** |
| **VICTORIA HASKINS** | |

**MINUTES OF COURT:**
Initial Appearance \ Rule 5 Hearing

| Date: | May 15, 2025 | Presiding: Magistrate Judge Mark L. Hornsby | |
|---|---|---|---|
| Court Opened: | 2:30 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 3:30 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:15 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Jessica Diane Cassidy (AUSA) | For | United States of America |
| Betty Lee Marak (AFPD) | For | Victoria Haskins, Defendant |
| Victoria Haskins, Defendant | | |

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**INITIAL APPEARANCE on RULE 5:**

The defendant admitted her identity and was advised of the charges pending in the Southern District of Ohio.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel. The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

The court granted Betty Lee Marak's oral motion to be enrolled as appointed counsel through the Office of the Federal Public Defender for defendant.

The court reminded the Government of its obligations under Brady and Giglio and the consequences of failing to do so.

**BOND DETERMINATION:**

The government did not move for detention. Accordingly, defendant was released to appear in the Southern District of Ohio.

**INITIAL APPEARANCE AND ARRAIGNMENT IN THE** Southern District of Ohio**:**

Defendant is ordered to appear in the Southern District of Ohio on May 27, 2025 at 1:30 p.m. before Magistrate Judge Litkovitz.

**FILINGS:**
Waiver of Rule 5 and 5.1 Hearings
Order Requiring a Defendant to Appear in Another District
Appearance Bond
Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**UNITED STATES OF AMERICA**           **CRIMINAL NO.  5:25-MJ-00093-01**

**versus**                             **MAGISTRATE JUDGE HORNSBY**

**VICTORIA HASKINS**

## THE DUE PROCESS PROTECTION ACT
## DISCOVERY ORDER

An initial appearance or other proceeding has been held in this case. In accordance with Rule 5 (as amended on Oct. 21, 2020), the Government is ordered to turn over Brady and Giglio evidence promptly to the defense.  Failure to do so may result in serious consequences, which may include the imposition of severe disciplinary action (including sanctions or contempt) against the responsible AUSA; adverse jury instructions; exclusion of evidence; and/or dismissal of charges.

_____
Mark L. Hornsby
U.S. Magistrate Judge

AO 466 (Rev. 04/04) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 15 2025
DANIEL J. McCOY, CLERK
BY: _____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) Case No. 5:25-mj-93 |
| Victoria Haskins | ) |
|  | ) Charging District's Case No. 1:25-CR-40 |
| Defendant | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Ohio - Western District.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 05/15/2025

*Victoria Haskins*
Defendant's signature

*Betty Marak*
Signature of defendant's attorney

Betty Lee Marak, AFPD
Printed name of defendant's attorney

AO 98 (Rev. 12/11) Appearance Bond

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 1 5 2025

DANIEL J. McCOY, CLERK

BY: _____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

United States of America )
v. )
) Case No. 5:25-mj-00093-01
Victoria Haskins )
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, Victoria Haskins *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- (☒) to appear for court proceedings;
- (☒) if convicted, to surrender to serve a sentence that the court may impose; or
- (☒) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ $25,000.00 .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

( ☐ ) (a) $ _____ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

NOTE: No international travel. Surrender passport in 72 hours.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 05/15/2025

*Victoria S. Haskins*
Defendant's signature

Address: 8601 Millicent Way #208
Sport LA 71115

Phone: 318-751-0556
Sisters phone - agent has phone

_____
Surety/property owner – printed name

_____
Surety/property owner – printed name

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Date: 05/15/2025

Approved.

Date: 05/15/2025

_____
Judge's signature

AO 199A (Rev. 06/19) Order Setting Conditions of Release | Page 1 of 4 Pages

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 1 5 2025
DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

United States of America )
v. )
) Case No.  5:25-mj-00093-01
Victoria Haskins )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: As ordered.
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

    Signed: _____    _____
              *Custodian*            *Date*

( ☒ ) (7) The defendant must:
    ( ☒ ) (a) submit to supervision by and report for supervision to the **Pretrial Services**, telephone number **(318)676-3295**, no later than **as directed by Pretrial Services**.
    ( ☐ ) (b) continue or actively seek employment.
    ( ☐ ) (c) continue or start an education program.
    ( ☐ ) (d) surrender any passport to: _____
    ( ☐ ) (e) not obtain a passport or other international travel document.
    ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: **Defendant's travel shall be restricted to the Western District of Louisiana without prior approval by the court through Pretrial Services. Defendant shall not change their place of residence without prior approval of the court through Pretrial Services.**
    ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    ( ☐ ) (h) get medical or psychiatric treatment: _____
    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( ☐ ) (k) not possess a firearm, destructive device, or other weapon.
    ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrest, questioning, or traffic stops.

(☒) (t) Computer Monitoring. You are subject to the following computer/internet restrictions, which may include manual inspection of any internet-capable device (such as a computer, cell phone, or gaming system), and/or installation of computer monitoring software, as deemed appropriate by Pretrial Services. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the Pretrial Services Officer. Defendant is permitted to have one monitored, android cell phone. All other internet connected devices are to be removed from the home. Consent of Other Residents- by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

✓ Remove all animals from home.
     MCH

AO 199C (Rev. 09/08) Advice of Penalties            Page   4   of   4   Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned for not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Victoria S. Haskins*
*Defendant's Signature*

Shreveport, Louisiana
*City and State*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    05/15/2025

*Judicial Officer's Signature*

Mark L. Hornsby, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 15 2025
DANIEL J. McCOY, CLERK
BY: _____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:25-mj-93 |
| Victoria Haskins | ) | |
| | ) | Charging District: Southern District of Ohio |
| *Defendant* | ) | Charging District's Case No. 1:25-CR-40 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | Courtroom No.: Mag Judge Litkovitz CR 708 |
|---|---|---|
| | | Date and Time: 5/27/2025 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 05/15/2025

_____
*Judge's signature*

Mark L. Hornsby, United States Magistrate Judge
*Printed name and title*